IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROMEL VALENTINO WHITE,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**ROSANNE CAMPBELL,**<br><br>　　　　　　　　　　　Respondent. | CIV S-06-2840 DFL EFB P<br><br>**ORDER** |

Respondent seeks a thirty-day extension of time to file a response to petitioner's application for a writ of habeas corpus.

GOOD CAUSE APPEARING, respondent has 30 days from the date this order is signed to file a response to the petition for writ of habeas corpus.

Dated: July 5, 2007.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE